HUSCH BLACKWELL
GREGORY N. PIMSTONE (Bar No. 150203)
Gregory.pimstone@Huschblackwell.com
355 S. Grand Ave., Suite 2850
Los Angeles, CA 90071
Telephone: (213) 337-6550

MANATT, PHELPS & PHILLIPS, LLP
DAVID BOYADZHYAN (Bar No. 311386)
Email: dboyadzhyan@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants*
HEALTH NET, INC.; HEALTH NET OF CALIFORNIA, INC.; HEALTH NET LIFE INSURANCE COMPANY; MANAGED HEALTH NETWORK, INC.; HEALTH NET, LLC, MANAGED HEALTH NETWORK, LLC, *and* CENTENE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURA RECOVERY CENTER, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HEALTH NET, INC., et al.,<br><br>　　　　　Defendants. | Case No.  2:21−cv−04427−JWH−ADS<br><br>*Assigned to Hon. John W. Holcomb*<br>Courtroom 9D<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>**Discovery Cutoff:**<br>October 30, 2026<br><br>**Pre-Trial Conference:**<br>April 9, 2027<br><br>**Trial:**<br>April 26, 2027 |

1

404269423.1

**TO THE HONORABLE COURT:**

Plaintiffs Ventura Recovery Center, Inc., Hillside Laguna Beach, LLC, and Sheer Recovery, LLC (collectively, "Plaintiffs") and Defendants Health Net, Inc., Health Net of California, Inc., Health Net Life Insurance Company, Managed Health Network, Inc., and Centene Corporation (collectively, "Defendants"), (together with Plaintiffs, the "Parties") through their respective counsel of record herby and stipulate, subject to approval and entry by the Court, as follows:

WHEREAS, on May 18, 2026, the Court granted the parties' joint stipulation modifying the scheduling order (Dkt. #82);

WHEREAS, on May 18, 2026, the Court entered a scheduling order setting the following dates (Dkt. #82):

- Jury Trial: Monday, April 26, 2027;
- Final Pretrial Conference: Friday, April 9, 2027;
- Hearing on Motions *in Limine*: Friday, April 2, 2027;
- Last Date to Hear Dispositive Motions: Friday, February 12, 2026;
- Expert Discovery Cut-Off: Monday, November 30, 2026;
- All Fact Discovery Cut-Off: Monday, October 30, 2026;
- Expert Disclosure (Rebuttal): Friday, October 30, 2026;
- Expert Disclosure (Initial): Tuesday, September 29, 2026;
- Last Date to Conduct Settlement Conference: Friday, August 14, 2026.

WHEREAS, the Parties agreed to participate in a full-day private mediation session with Adrienne Publicover of JAMS on July 15, 2026;

WHEREAS, given the current state of discovery, Defendants did not believe that a July 15 mediation was likely to be successful and desired to reschedule the mediation, and the mediator had no available dates by the current mediation cut-off of August 15;

WHEREAS, the Parties have identified key discovery that they have agreed to exchange in the lead up to mediation, and would like to engage in the needed

discovery and reschedule the mediation to a date within the next forty-five days, which will increase the likelihood of a successful mediation;

WHEREAS, the Parties agree that there is good cause for a short forty-five-day continuance of the mediation completion date and other trial and pretrial deadlines to permit the Parties to complete the requisite discovery and increase chances of a successful mediation;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREE**, by and between the Parties hereto, by and through their respective counsel, that:

The trial date and other pretrial deadlines set forth above shall be continued by not less than 60 days, subject to the Court's availability, as follows:

- **Jury Trial**: Monday, June 14, 2027;
- **Final Pretrial Conference**: Friday, May 21, 2027;
- **Hearing on Motions *in Limine***: Friday, May 14, 2027;
- **Last Date to Hear Dispositive Motions**: Friday, March 27, 2027;
- **Expert Discovery Cut-Off**: Thursday, January 14, 2027;
- **All Fact Discovery Cut-Off**: Monday, December 14, 2026;
- **Expert Disclosure (Rebuttal)**: Monday, December 14, 2026;
- **Expert Disclosure (Initial)**: Friday, November 13, 2026;
- **Last Date to Conduct Settlement Conference**: Monday, September 28, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

2

JOINT STIPULATION TO MODIFY SCHEDULING ORDER

404269423.1

Dated:  August 5, 2026        **MANATT, PHELPS & PHILLIPS, LLP**


By:   /s/ *David Boyadzhyan*
         David Boyadzhyan


         *and*

**HUSCH BLACKWELL**
Gregory N. Pimstone


*Attorneys for Defendants*
HEALTH NET, INC., et. al.


Dated:  August 5, 2026        **ARNALL GOLDEN GREGORY LLP**


By:   /s/ *Richard T. Collins*
         Richard T. Collins
         Damon D. Eisenbrey
         W. Jerad Rissler
         Jennifer L. Shelfer

         Jeremy Ritter-Wiseman

         *Attorneys for Plaintiffs*
         VENTURA RECOVERY CENTER et. al.

# **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), undersigned counsel attests that all signatories listed above concur in this Joint Stipulation's content and have authorized the filing of this document.

Dated:  August 3, 2026          **MANATT, PHELPS & PHILLIPS, LLP**


                              By:    /s/ *David Boyadzhyan*
                                     David Boyadzhyan
                                     *Attorneys for Defendants*
                                     HEALTH NET, INC., et. al.