UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURA RECOVERY CENTER, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH NET, INC., et al.,<br><br>Defendants. | Case No.  2:21−cv−04427−JWH−ADS<br><br>*Assigned to Hon. John W. Holcomb*<br>Courtroom 9D<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

MANATT, PHELPS &
PHILLIPS, LLP

ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER

The Court, having reviewed the Parties' Joint Stipulation and finding good cause thereon, hereby **ORDERS** that the trial date and other pretrial deadlines set forth below are **CONTINUED** as follows:

| Deadline | Prior Date | Modified Date |
|---|---|---|
| Last Date to Conduct Settlement Conference | Friday, August 14, 2026 | Monday, September 28, 2026 |
| Expert Disclosure (Initial): | Tuesday, September 29, 2026 | Friday, November 13, 2026 |
| Expert Disclosure (Rebuttal): | Friday, October 30, 2026 | Monday, December 14, 2026 |
| All Fact Discovery Cut-Off | Friday, October 30, 2026 | Monday, December 14, 2026 |
| Expert Discovery Cut-Off | Monday, November 30, 2026 | Thursday, January 14, 2027 |
| Last Date to Hear Dispositive Motions | Friday, February 12, 2027 | Friday, March 26, 2027 |
| Hearing on Motions *in Limine* | Friday, April 2, 2027 | Friday, May 14, 2027 |
| Final Pretrial Conference | Friday, April 9, 2027 | Friday, May 21, 2027 |
| Jury Trial | Monday, April 26, 2027 | Monday, June 14, 2027 |

**IT IS SO ORDERED.**

Date: _____August 7_____, 2026

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

MANATT, PHELPS & PHILLIPS, LLP

ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER